# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

154434 & (75)(77)

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Plaintiff,

v

MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY,
   Defendant-Appellant/
   Cross-Appellee,

and

QBE INSURANCE CORPORATION,
   Defendant/Third-Party
   Plaintiff-Appellee/Cross-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Third-Party Defendant,

and

SECRETARY OF STATE, WHITNEY GRAY,
MARTIN BONGERS and WILLIAM JOHNSON,
   Third-Party Defendants.
_____/

SC:  154434
COA:  319710
Kalamazoo CC:
2012-000202-CK

   By order of May 17, 2017, the application for leave to appeal the August 30, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant were held in abeyance pending the decision in *Bazzi v Sentinel Ins Co* (Docket No. 154442). On order of the Court, the case having been decided on July 18, 2018, ___ Mich ___ (2018), the applications are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



Clerk

a0924